# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135819

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MAURICE ERIC WILLIAMS,
     Defendant-Appellant.

SC: 135819
COA: 281535
Muskegon CC: 06-053562-FH

_____/

     On order of the Court, the application for leave to appeal the December 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     KELLY, J., would grant leave to appeal for the reasons stated in her dissent from the denial order of *People v Regains*, 477 Mich 1038 (2007).



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

Clerk

p0421